

# NUMBER 13-13-00336-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LOCKE-STAR, INC.,                                                                 Appellant,

v.

PATRICIA GEISTER,                                                                 Appellee.

### On appeal from the 347th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Locke-Star, Inc., perfected an appeal from a judgment entered by the 347th District Court of Nueces County, Texas, in cause number 2013-DCV-0460-H. Appellant has filed an unopposed motion to dismiss the appeal on grounds that appellant no longer wishes to pursue the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
6th day of November, 2014.

2